IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00636-WDM-PAC

SECURITIES and EXCHANGE COMMISSION,

     Plaintiff(s),

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES,
GAYLEN P. JOHNSON, and
JONATHAN CURSHEN,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion for Permission from Magistrate Judge to Attend Scheduling Conference by Telephone [filed August 29, 2005] is **GRANTED** as follows:

     Robert K. Levenson, trial counsel for plaintiff shall contact the Court at: 303-844-4892 on **September 22, 2005 at 8:30 a.m.**, (Rocky Mountain daylight savings time) in order to participate telephonically.

Dated:  August 29, 2005