IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00636-WDM-PAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES
GAYLEN P. JOHNSON AND
JONATHAN CURSHEN,

    Defendants.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file surreply on or before September 30, 2005 is granted.

Dated: September 28, 2005

                                            /s/ Jane Trexler, Secretary/Deputy Clerk