IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00636-WDM-PAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES
GAYLEN P. JOHNSON AND
JONATHAN CURSHEN,

    Defendants.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion in limine to exclude defendant Timothy Miles' Proposed Character Evidence (#126) is was resolved prior to trial and is therefore denied as moot.

Dated: January 26, 2006

                                                s/ Jane Trexler, Secretary/Deputy Clerk