UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 03-CV-00636-WDM-PAC

SECURITIES AND EXCHANGE COMMISSION,   )
)
Plaintiff,   )
)
v.   )
)
C. JONES & COMPANY,   )
CARTER ALLEN JONES,   )
TIMOTHY J. MILES,   )
GAYLEN P. JOHNSON, and   )
JONATHAN CURSHEN,   )
)
Defendants.   )
_____ )

ORDER ON PLAINTIFF'S EMERGENCY UNOPPOSED MOTION
FOR LEAVE TO DEPOSE INCARCERATED WITNESS

THIS MATTER is before the Court on the Plaintiff's Emergency Unopposed Motion for Leave to Depose Incarcerated Witness [Doc # 168]. Having reviewed the motion and the case record, and noting that the motion is unopposed, it is:

ORDERED AND ADJUDGED that the motion is GRANTED. The Commission may depose Jorge Castro Olmos.

DONE AND ORDERED in Chambers in Denver, Colorado, this 1st day of February, 2006.

s/ Patricia A Coan
~~WALKER D. MILLER~~
UNITED STATES ~~DISTRICT JUDGE~~
Magistrate Judge