IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00636-WDM-PAC

SECURITIES and EXCHANGE COMMISSION,

    Plaintiff(s),

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES,
GAYLEN P. JOHNSON, and
JONATHAN CURSHEN,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Deponent's Motion for Stay of Deposition; Motion for Protective Order dated March 30, 2006 (doc. 194) is granted.  The subpoena is quashed.  Jorge Castro Olmos' deposition is stayed until further order of the court.  Plaintiff may refile its motion to take Jorge Castro Olmos' deposition after his trial or plea.

Dated:  April 5, 2006