**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO. 03-CV-00636-WDM-PAC**

**SECURITIES AND EXCHANGE COMMISSION,**  )
)
    **Plaintiff,**  )
)
v.  )
)
C. JONES & COMPANY,  )
CARTER ALLEN JONES,  )
TIMOTHY J. MILES,  )
GAYLEN P. JOHNSON, and  )
JONATHAN CURSHEN,  )
)
    **Defendants.**  )
_____)

**ORDER ON PLAINTIFF=S UNOPPOSED MOTION
TO CHANGE TIME OF FINAL PRE-TRIAL CONFERENCE**

THIS MATTER is before the Court on the Plaintiff=s Unopposed Motion to Change Time of Final Pre-Trial Conference, Doc. # 205.  Having reviewed the motion and the case record, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.  The Final Pre-Trial Conference in this matter set for August 31, 2006 at 10:00 a.m. is vacated and reset to August 31, 2006 at 2:00 p.m. in Courtroom A-501 before Magistrate Judge Coan.  As previously ordered, the parties shall submit a proposed Final Pre-Trial Order no later than five days before the conference.

Plaintiff's counsel is further ADVISED that federal "magistrates" have been <u>magistrate judges</u> since 1990; future motions referencing the magistrate judge shall set forth the correct title.

**DONE AND ORDERED** in Chambers in Denver, Colorado, this 7th day of July 2006.

1

2

By the Court:

s/Patricia A. Coan
PATRICIA COAN
UNITED STATES MAGISTRATE JUDGE