IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.03-cv-00636-WDM-PAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JONATHAN CURSHEN, et. al.,

    Defendants.

_____

**ORDER ON MOTION TO STRIKE DEFENDANT'S FIRST,
SECOND, AND FOURTH AFFIRMATIVE DEFENSES**
_____

Miller, J.

Ths matter is before me on Plaintiff's motion to strike Defendant Jonathan Curshen's first, second, and fourth affirmative defenses.  Defendant Curshen agrees to withdraw the second (improper venue) and fourth (laches) affirmative defenses (Def.'s Resp. Br., Docket No. 197 at 1) and although he has not agreed to withdraw the first affirmative defense (lack of personal jurisdiction), it is not included in the pretrial order.  As the pretrial order controls the case, this motion is now moot.  FED. R. CIV. PRO. 16(e) (a pretrial conference order "shall control the subsequent course of the action"); *see also Cortez v. Wal-Mart Stores, Inc.*, 460 F.3d 1268, 1276 (10th Cir. 2006) ("issues not contained in the . . . pretrial order [are] not part of the case.").

Accordingly, it is ordered that Plaintiff's motion to strike (Docket No. 182), filed

March 7, 2006 is denied.

DATED at Denver, Colorado, on March 9, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL