IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00636-WDM-PAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES
GAYLEN P. JOHNSON AND
JONATHAN CURSHEN,

    Defendants.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to amend motion or leave to add exhibits not listed in the final pretrial order is granted.

Dated: April 24, 2007

                                          s/ Jane Trexler, Secretary/Deputy Clerk