# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Darlene Martinez

Date: April 30, 2007  
Time: 5 hours and 2 minutes

**CASE NO.   03-cv-00636-WDM**

<u>Parties</u>

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

vs.

**JONATHAN CURSHEN,**

      Defendant.

<u>Counsel</u>

Robert Levenson

John Schlie

## TRIAL TO COURT - DAY ONE

**9:04 a.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant Jonathan Curshen is present.

Court and counsel discuss pending pretrial matters.

**ORDERED:**   Defendant's Motion for Leave to Add Witnesses Not Listed in the Final Pretrial Order and Motion to Allow the Record to Remain Open for the

Testimony of Those Witnesses or for Continuance of Trial (Doc #234), filed 4/27/07 is **DENIED.**

Page Two
03-cv-00636-WDM
April 30, 2007

**9:19 a.m.**     Opening statements by Mr. Levenson.

**9:34 p.m.**     Opening statements by Mr. Schlie.

**9:50 a.m.**     Direct examination of plaintiff's witness James Sallah by Mr. Levenson.

Joint **exhibit 5** identified, offered and ADMITTED.

**ORDERED:**   Joint **exhibits 2, 3, 4, 6, 8, 9, 16, 18, 19, 20, 21, 23, 24, 26, 27, 28, and 30** are ADMITTED by stipulation.

Joint **exhibit 17** identified, offered and ADMITTED.

Joint **exhibit 7** identified, offered and ADMITTED.

Joint **exhibit 10** identified, offered and ADMITTED.

Joint **exhibit 11** identified, offered and ADMITTED.

**10:25 a.m.**   **COURT IN RECESS**

**10:40 a.m.**   **COURT IN SESSION**

   Cross examination by Mr. Schlile.

Joint **exhibit 22** identified, offered and ADMITTED.

**11:02 a.m.**   Redirect examination by Mr. Levenson.

Witness excused.

Joint **exhibits 12 and 13** identified and offered.  Objection by Mr. Schlie as to relevance.  Court reserves ruling.

**11:06 a.m.**   Direct examination of plaintiff's witness Gaylen Johnson by Mr. Levenson.

Joint exhibits 12 and 13 identified and offered.  Mr. Schlie maintains his objections.  Court reserves ruling.

**11:44 a.m.**   Cross examination by Mr. Schlie.

Page Three
03-cv-00636-WDM
April 30, 2007

**12:00 p.m.**   **COURT IN RECESS**

**1:45 p.m.**   **COURT IN SESSION**

   Cross examination by Mr. Schlie continues.

**1:54 p.m.**   Redirect examination by Mr. Levenson.

Witness excused.

**1:57 p.m.**   Direct examination of defendant Jonathan Curshen by Mr. Levenson.

**3:00 p.m.**   **COURT IN RECESS**

**3:24 p.m.**   **COURT IN SESSION**

   Direct examination of Mr. Curshen by Mr. Levenson continues.

Joint **exhibits 12 and 13** identified, offered and ADMITTED.

**3:50 p.m.**   Cross examination by Mr. Schlie.

**4:30 p.m.**   **COURT IN RECESS**

**Total in court time:**   302 minutes

**Hearing continued**