IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00636-WDM-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES
GAYLEN P. JOHNSON AND
JONATHAN CURSHEN,

    Defendants.
_____

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to substitute certified copy (doc. no. 244) is granted.

Dated: January 29, 2008

                                              s/ Jane Trexler, Secretary/Deputy Clerk