IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 03-cv-00636-WDM-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

C. JONES & COMPANY,
CARTER ALLEN JONES,
TIMOTHY J. MILES,
GAYLEN P. JOHNSON AND
JONATHAN CURSHEN,

    Defendants
_____

ORDER TO AMEND JUDGMENT
_____

This matter is before me on the Plaintiff's Motion to Amend the Final Judgment Concerning the Defendant Timothy J. Miles. The motion correctly points out that I was in error to award costs given prior authority. Accordingly, it is ordered that my Findings of Fact, Conclusions of Law and Orders Concerning the Defendant Timothy J. Miles (Doc. No. 247) is hereby amended to delete the award of costs to Defendant and the Clerk of this

Court shall prepare an amended Judgment deleting the award of costs.

DATED at Denver, Colorado, on February 27, 2009.

BY THE COURT:


s/ Walker D. Miller
United States District Judge